**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6948**

———————————

RADEY H. MOHAMMAD,

Plaintiff - Appellant,

versus

RONALD ANGELONE; JAMES JENKINS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-819-3)

———————————

Submitted: December 10, 2002      Decided: February 10, 2003

———————————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Matthew P. Geary, Richmond, Virginia, for Appellant. Jerry W.
Kilgore, Attorney General, Richard C. Vorhis, Assistant Attorney
General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Radey H. Mohammad appeals the district court's order granting summary judgment for the defendants in his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mohammad v. Angelone, No. CA-01-819-3 (E.D. Va. May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2